**STATE of Maine**

v.

**Kevin L. GRANT.**

Supreme Judicial Court of Maine.

Argued Jan. 21, 1988.
Decided Feb. 5, 1988.

R. Christopher Almy, Dist. Atty., Philip Worden (orally), Asst. Dist. Atty., Bangor, for plaintiff.

G. Bradley Snow (orally), Tanous & Heitmann, East Millinocket, for defendant.

Before McKUSICK, C.J., and NICHOLS, WATHEN, GLASSMAN and CLIFFORD, JJ.

MEMORANDUM OF DECISION.

Defendant Kevin L. Grant appeals from his conviction in the Superior Court (Penobscot County) as an habitual motor vehicle offender. 29 M.R.S.A. § 2298 (Supp.1987). On appeal, Grant argues that the Superior Court erred in denying his motion to suppress evidence obtained from the investigatory stop of his motor vehicle. Upon a careful review of the record, we conclude that the Superior Court's finding that the police officer had a reasonable suspicion to stop Grant was not clearly erroneous. *See State v. Cyr,* 501 A.2d 1303, 1305 (Me. 1985); *State v. Griffin,* 459 A.2d 1086, 1089 (Me.1983).

The entry is:

Judgment affirmed.

All concurring.